## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM ABADA, <br><br> Plaintiff, <br><br> v. <br><br> DELTA AIR LINES, INC. <br><br> Defendant. | ECF/CM Case <br><br><br> **Case No. 19-CV-03903-KAM-VMS** <br><br> **NOTICE OF APPEARANCE** |

To:  Clerk of Court
    All counsels of record

PLEASE TAKE NOTICE that the undersigned attorney, Locksley O. Wade, now appears additional counsel for the plaintiff in the above references case.  Please send copies of all pleadings and other legal documents to the undersigned's address as furnished in this notice.

March 19, 2020  
New York, New York

Respectfully submitted,

LAW OFFICE OF
LOCKSLEY O. WADE, LLC
11 Broadway, Suite 615
New York, NY 10004
(212) 933-9180
(212) 933-9181 – Fax
wade@wadefirm.com – Email
*Attorney for Plaintiff*

By: /s/ *Locksley O. Wade*
Locksley O. Wade, Esq.