# Morgan Lewis

**John P. Guyette**
Associate
+1.212.309.6107
john.guyette@morganlewis.com

June 17, 2020

**VIA ECF**
Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Avraham Abada v. Delta Air Lines, Inc., Case No. 19-cv-03903-KAM-VMS**
> **Tara Greaves v. Delta Air Lines, Inc., Case No. 19-cv-03904-KAM-VMS**
> **Eugene Rodrigues v. Delta Air Lines, Inc., Case no. 19-cv-03962-KAM-VMS**
> **Delta's Motion to Dismiss the Amended Complaints**

Dear Judge Matsumoto:

We represent Defendant Delta Air Lines Inc. ("Delta") in connection with the above-referenced related actions. Pursuant to the Court's minute order from the April 2, 2020 pre-motion conference, today we filed "all papers in logical order on ECF" in connection with Delta's Motion to Dismiss the Amended Complaints. The filed documents include:

1. Delta's Notice of Motion to Dismiss the Amended Complaints, dated May 8, 2020;
2. Delta's Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaints, dated May 8, 2020;
3. Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss, dated June 4, 2020; and
4. Delta's Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss the Amended Complaints, dated June 17, 2020.

At this time, Delta's Motion to Dismiss is fully briefed. We thank the Court in advance for its consideration of Delta's Motion.

Respectfully submitted,

*/s/ John P. Guyette*

John P. Guyette

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060    ☎ +1.212.309.6000
United States    ✆ +1.212.309.6001